**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL CHRISTI DIVISION**

| | | |
|---|---|---|
| AZMI ABDELMAJID, § | | |
| INDIVIDUALLY AND ON BEHALF § | | |
| OF ALL OTHERS SIMILARLY § | | |
| SITUATED § | | |
| § | | |
| v. § | CIVIL ACTION 2:11-cv-00448 | |
| § | | |
| ENERSAFE, LLC § | | |

**<u>DEFENDANT ENERSAFE, LLC'S NOTICE OF SUBSTITUTION OF COUNSEL</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

Enersafe, LLC, the Defendant in the above-referenced and numbered cause, respectively files and submits this its Notice of Substitution of Counsel designating Daniel D. Pipitone, of Munsch, Hardt, Kopf & Harr as its attorney-in-charge and Michael A. Harvey of Munsch, Hardt, Kopf & Harr as its co-counsel. Michelle M. Jones, of Jones & Jones will serve as co–and local counsel. This substitution is not sought for, nor will it in any manner, delay the prosecution of this matter.

WHEREFORE, PREMISES CONSIDERED, Defendant Enersafe, LLC respectfully requests that this Honorable Court take notice of its Notice of Substitution of Counsel.

Respectfully submitted,

**MUNSCH, HARDT, KOPF & HARR, P.C.**

By: /s/ Daniel D. Pipitone
    Daniel D. Pipitone
    State Bar No. 16024600
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone: (713) 222-1470
Facsimile: (713) 222-1475

**ATTORNEYS FOR DEFENDANT
ENERSAFE, LLC**

- 2 -

## CERTIFICATE OF SERVICE

      Pursuant to Rule 5 of the Federal Rules of Civil Procedure and to Local Rule LR5, the undersigned counsel for the Defendant certifies that the foregoing document has been filed with the Court and served upon all known counsel of record via the Court's electronic case filing system and by the method of service described below as follows, on this 23rd day of October, 2014.

**Via E-File**
William S. Hommel, Jr.
Hommel Law Firm
1404 Rice Road, Suite 200
Tyler, Texas 75703

                                              /s/ Daniel D. Pipitone
                                              Daniel D. Pipitone