**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| AZMI ABDELMAJID, INDIVIDUALLY § <br> AND ON BEHALF OF ALL OTHERS § <br> SIMILARLY SITUATED § <br> § <br> v. § <br> § <br> ENERSAFE, LLC § | Case No. 2:11-CV-448- JRG |

## ORDER APPOINTING MEDIATOR

IT IS ORDERED that Guy Harrison, 217 N. Center Street, Longview Texas, 75601 telephone number 903/758-7361, is hereby appointed as mediator in the above referenced case. The Court designates plaintiff's counsel to be responsible for timely contacting the mediator and defendant's counsel to coordinate a date for the mediation

Mediation shall be governed by the Court-Annexed Mediation Plan, found at: http://www.txed.uscourts.gov/page1.shtml?location=mediation.  In particular and without limitation, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives, and any other required claims professionals (e.g., insurance adjusters, etc.) with full authority to negotiate a settlement.  Exceptions to this requirement may be made only by the presiding judge in writing.

**So ORDERED and SIGNED this 30th day of October, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE