IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL CHRISTI DIVISION

| | | |
|---|---|---|
| AZMI ABDELMAJID, | § | |
| INDIVIDUALLY AND ON BEHALF | § | |
| OF ALL OTHERS SIMILARLY | § | |
| SITUATED | § | |
| | § | |
| v. | § | CIVIL ACTION 2:11-cv-00448 |
| | § | |
| ENERSAFE, LLC | § | |

### RESPONSE OF DEFENDANT ENERSAFE, LLC TO PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Defendant Enersafe, LLC and respectively files and submits this its Response to Plaintiff's Unopposed Motion for Leave to File Amended Complaint as follows:

Counsel for the Plaintiff indicated in his Certificate of Conference that counsel for the Defendant Enersafe, LLC was "unopposed" to the above-captioned motion. By way of clarification, the Defendant Enersafe, LLC expressly states that while it is not opposed to the filing of an Amended Complaint by the Plaintiff, it shall vigorously contest allegations to the affect that the Plaintiffs are entitled to overtime wages and that any potential class is comprised of similarly situated employees. In addition and to the extent that counsel for the Plaintiff is intending to do so, the Defendant Enersafe, LLC objects to and shall contest any effort to revert back the claims of potential Plaintiffs Brandon Copeland and Dakota Powell to the date the above-referenced litigation was initiated.

WHEREFORE, PREMISES CONSIDERED, the Defendant Enersafe, LLC respectfully requests that this Honorable Court receive and accept its Response to the Plaintiff's Unopposed Motion for Leave to File Amended Complaint.

- 2 -

        Respectfully submitted,

        **MUNSCH, HARDT, KOPF & HARR, P.C.**

        By: */s/ Daniel D. Pipitone*
            Daniel D. Pipitone
            State Bar No. 16024600
        700 Milam Street, Suite 2700
        Houston, Texas 77002
        Telephone: (713) 222-1470
        Facsimile: (713) 222-1475

        **ATTORNEYS FOR DEFENDANT ENERSAFE, LLC**

**OF COUNSEL:**
**Munsch Hart Kopf & Harr**
700 Milam Street, Suite 2700
Houston, Texas 77002
**Michael A. Harvey**
Texas Bar No. 24058352
700 Milam Street, Suite 2700
Houston, Texas 77002
Tel: (713) 222-4015
Fax: (713) 222-5835
mharvey@munsch.com

## **CERTIFICATE OF SERVICE**

Pursuant to Rule 5 of the Federal Rules of Civil Procedure and to Local Rule LR5, the undersigned counsel for the Defendant certifies that the foregoing document has been filed with the Court and served upon all known counsel of record via the Court's electronic case filing system and by the method of service described below as follows, on this 3RD day of November, 2014.

**Via E-File**
William S. Hommel, Jr.
Hommel Law Firm
1404 Rice Road, Suite 200
Tyler, Texas 75703

Michelle Jones
Jones & Jones
1122 Judson Road
Longview, Texas 75601

    /s/ Daniel D. Pipitone
Daniel D. Pipitone

MHDocs 5677764_1 14454.7