IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL CHRISTI DIVISION

| | | |
|---|---|---|
| AZMI ABDELMAJID, § | | |
| INDIVIDUALLY AND ON BEHALF § | | |
| OF ALL OTHERS SIMILARLY § | | |
| SITUATED § | | |
| § | | |
| v. § | CIVIL ACTION 2:11-cv-00448 | |
| § | | |
| ENERSAFE, LLC § | | |

NOTICE OF ATTORNEY APPEARANCE
FOR DEFENDANT ENERSAFE, LLC

**To the Honorable Judge Rodney Gilstrap:**

Defendant Enersafe, LLC respectfully files this its Notice of Attorney Appearance. The Attorney-In-Charge for Defendant will remain Daniel D. Pipitone of Munsch, Hardt, Kopf & Harr PC. Michael A. Harvey will serve as "Of Counsel" for Defendant in this case. Defendant asks that Mr. Harvey be added to the electronic service list as well as receive facsimile copies of all Orders and other Notices from this Honorable Court.

Respectfully submitted,

**MUNSCH, HARDT, KOPF & HARR, P.C.**

By: */s/ Daniel D. Pipitone*
    Daniel D. Pipitone
    State Bar No. 16024600
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone:  (713) 222-1470
Facsimile:  (713) 222-1475

**ATTORNEYS FOR DEFENDANT
ENERSAFE, LLC**

**OF COUNSEL:**
**Munsch Hart Kopf & Harr**
700 Milam Street, Suite 2700
Houston, Texas 77002
**Michael A. Harvey**
Texas Bar No. 24058352
700 Milam Street, Suite 2700
Houston, Texas 77002
Tel: (713) 222-4015
Fax: (713) 222-5835
mharvey@munsch.com

## **CERTIFICATE OF SERVICE**

 Pursuant to Rule 5 of the Federal Rules of Civil Procedure and to Local Rule LR5, the undersigned counsel for the Defendant certifies that the foregoing document has been filed with the Court and served upon all known counsel of record via the Court's electronic case filing system and by the method of service described below as follows, on this 10th day of November, 2014.

**Via E-File**
William S. Hommel, Jr.
Hommel Law Firm
1404 Rice Road, Suite 200
Tyler, Texas 75703

Michelle Jones
Jones & Jones
1122 Judson Road
Longview, Texas 75601

        /s/ Daniel D. Pipitone
        Daniel D. Pipitone